# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| GREAT SILK ROAD TRUCKING INC. | Case No. 18-17662 (JKF) |
| Debtor. | **Related Doc. No. 104** |

## CERTIFICATION OF SERVICE REGARDING
## CERTIFICATION OF COUNSEL OF DEFAULT IN THE DEBTOR'S PAYMENT TO <u>RYDER TRUCK RENTAL, INC.</u>

I, John T. Carroll, III, do hereby certify that on May 17, 2019, I caused a true and correct copy of the Certification of Counsel of Default in the Debtor's Payment to Ryder Truck Rental, Inc. [Doc. No. 104; Filed 5/17/2019] to be served on the following parties via electronic mail and/or via regular U.S. First Class Mail as indicated.

**VIA E-MAIL AND U.S. MAIL**
Thomas D. Bielli, Esquire
1500 Walnut Street,
Suite 900
Philadelphia, PA  19102
tbielli@bk-legal.com
***Counsel to the Debtor***

**VIA E-MAIL AND U.S. MAIL**
Durbek Tashpulatov
Great Silk Road Trucking Inc.
270 Geiger Rd.,
Unit D
Philadelphia, PA 19115-1016
***Debtor***

**VIA U.S. MAIL**
George M. Conway, Esq.
United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Dated:  May 17, 2019

              COZEN O'CONNOR

              By: /s/ *John T. Carroll, III*
                  John T. Carroll, III
                  1650 Market Street
                  Suite 2800
                  Philadelphia, PA 19103
                  (302) 295-2028 (telephone)
                  (215) 701-2140 (fax)
                  jcarroll@cozen.com

              *Counsel for Ryder Truck Rental, Inc.*

LEGAL\41294251\1