IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> GREAT SILK ROAD TRUCKING INC. <br><br> Debtor. | Chapter 11 <br><br> Case No. 18-17662-JKF |

**ORDER SCHEDULING EXPEDITED HEARING ON MOTION OF RYDER TRUCK RENTAL, INC. TO ENFORCE STIPULATION ENTERED INTO BY DEBTOR AND RELATED COURT ORDERS REQUIRING DEBTOR'S RETURN OF VEHICLES TO RYDER TRUCK RENTAL, INC.**

Upon the motion of Ryder Truck Rental, Inc. ("Ryder") for an expedited hearing to consider the *Combined Motion of Ryder Truck Rental, Inc. (I) to Enforce Stipulation Entered into by Debtor and Related Court Orders Requiring Debtor's Return of Vehicles to Ryder and (II) for Expedited Hearing* (the "Motion")[1]; and it appearing that notice of the Motion and opportunity for a hearing on the Motion was appropriate under the circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED that:

1.  The request for expedited treatment of the Motion is GRANTED.

2.  A hearing will be held on the Motion on June 20, 2019 at _____ (prevailing Eastern time) before the Honorable Jean K. FitzSimon, United States Bankruptcy Judge, presiding at the Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107, Courtroom No. 3.

3.  Objections to the Motion, if any, shall be filed with the Court on or before June __, 2019.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

4. Service of the Motion is as set forth in Paragraph 24 of the Motion. Service of this Order shall be made upon the Notice Parties by electronic mail, fax or overnight mail no later than June __, 2019.

Dated: _____, 2019    _____
                                                           Honorable Jean K. FitzSimon
                                                           United States Bankruptcy Judge

\41507282\1 00650.3280.000/446390.000
06/14/2019